## STATES OIL CO. et al. v. McCARTHY.
### (No. 340-3712.)

(Commission of Appeals of Texas, Section B. Feb. 7, 1923.)

**Appeal and error ⚖776—Motion by all parties for dismissal of petition for writ of error and remanding of cause granted.**

Where motion for dismissal of a petition for a writ of error and for transmission of the mandate to the Court of Civil Appeals, has been filed in the Court of Commission of Appeals, on behalf of all parties to the suit, and is signed by attorneys representing all parties to the petition for writ of error, the motion will be granted.

Error to Court of Civil Appeals of Second Supreme Judicial District.

Action between Henry M. McCarthy and the States Oil Company and others. From the judgment of the Court of Civil Appeals after review of the judgment rendered the States Oil Company brought writ of error. On motion by all parties praying dismissal of petition for writ of error and transmission of mandate to clerk of Court of Civil Appeals. Motion granted.

Scott, Brelsford, Funderburk & Ferrell, of Eastland, for plaintiff in error.
Conner & McRae, Claude C. Westerfeldt, and Etheridge, McCormick & Bromberg, all of Dallas, for defendants in error.

McCLENDON, P. J. This cause was set down for submission before this section of the Commission, but was postponed by agreement of counsel upon their suggestion that an effort to compromise the matters in dispute was then pending.

A motion has been filed on behalf of all parties to the suit, praying that the petition for writ of error be dismissed and the mandate transmitted to the clerk of the Court of Civil Appeals for the Second Supreme Judicial District at Fort Worth. We have examined the record in the case, and it appears that this motion, filed in behalf of all parties, is signed by attorneys representing all parties to the petition for writ of error.

We therefore recommend that the motion be granted; that the petition for writ of error be dismissed, and the mandate ordered transmitted to the Court of Civil Appeals for

the Second Supreme Judicial District at Fort Worth.

CURETON, C. J. Writ of error and petition therefor dismissed, as recommended by the Commission of Appeals.

---

⊚⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

